**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MR. RENÉ D. EDWARDS, | 1:16-cv-5702-NLH-AMD |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES R. GAHM, et al., | |
| Defendants. | |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  1st  day of  November , 2018

ORDERED that the MOTION to Dismiss by JAMES R. GAHM and DANA PETRONE [19] be, and the same hereby is, GRANTED; and it is further

ORDERED that the MOTION to Dismiss by ANDREW LARUE [37] be, and the same hereby is, GRANTED; and it is further

ORDERED that Plaintiff's MOTION for Entry of Default, MOTION for Default Judgment as to OFFICER PTLM-BURROWS [39] be, and the same hereby is, DENIED; and it is further

ORDERED that Plaintiff's claims against all Defendants are DISMISSED WITH PREJUDICE; and it is further

ORDERED that Plaintiff's MOTION for Jury Trial [38], MOTION for Order/Hearing on Summary Judgment [41], and MOTION to

Appoint Pro Bono Counsel [47] be, and the same hereby are, DENIED AS MOOT; and it is finally

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.


At Camden, New Jersey           s/ Noel L. Hillman
                                      NOEL L. HILLMAN, U.S.D.J.